```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10021
   ROBERT BREDAU
   ANDREA BREDAU                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-8970      SSN XXX-XX-1027

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/05/2007 and was confirmed 07/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 03/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCI  SECURED                20.40           .00        20.40
AMERICAN GENERAL FINANCE  UNSECURED            2282.94           .00          .00
AMERICAN HONDA FINANCE C  SECURED VEHIC       31185.88       1729.68       3441.05
AMERICAN HONDA FINANCE    UNSECURED          NOT FILED           .00          .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00             .00          .00
TRANSPORT FUNDING LLC     SECURED VEHIC       14690.57        817.92       1563.27
TRANSPORT FUNDING LLC     UNSECURED          NOT FILED           .00          .00
WORLD FINANCIAL NETWORK   SECURED NOT I        40.79            .00         40.79
WORLD FINANCIAL NETWORK   UNSECURED          NOT FILED           .00          .00
WORLD FINANCIAL NETWORK   SECURED             650.00          29.33         69.90
WORLD FINANCIAL NETWORK   UNSECURED           969.65            .00          .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00             .00          .00
INTERNAL REVENUE SERVICE  PRIORITY           3411.19            .00          .00
ALLIANT CREDIT UNION      UNSECURED          2990.58            .00          .00
AMERICAN EXPRESS BANK     UNSECURED          3125.09            .00          .00
AT&T UNIVERSAL            UNSECURED          NOT FILED           .00          .00
BALLYS TOTAL FITNESS      UNSECURED          NOT FILED           .00          .00
BUREAU OF COLLECTION REC  NOTICE ONLY        NOT FILED           .00          .00
CAPITAL ONE               UNSECURED          1331.28            .00          .00
COLLECTION CO OF AMERICA  NOTICE ONLY        NOT FILED           .00          .00
AT & T WIRELESS           UNSECURED          NOT FILED           .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1152.50            .00          .00
CRSI                      NOTICE ONLY        NOT FILED           .00          .00
ECAST SETTLEMENT CORP     UNSECURED           725.38            .00          .00
ECAST SETTLEMENT CORP     UNSECURED           614.55            .00          .00
NECC TELECOM              UNSECURED          NOT FILED           .00          .00
ORCHARD BANK              UNSECURED          NOT FILED           .00          .00
ECAST SETTLEMENT CORP     UNSECURED           509.04            .00          .00
ECAST SETTLEMENT CORP     UNSECURED           828.78            .00          .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE         .00             .00          .00
ALLIANT CREDIT UNION      UNSECURED          2451.22            .00          .00
ALLIANT CREDIT UNION      UNSECURED             .00             .00          .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10021 ROBERT BREDAU & ANDREA BREDAU
```

```
SELECT PORTFOLIO SERVICI MORTGAGE ARRE       .00                    .00              .00
COOK COUNTY TREASURER    SECURED             .00                    .00              .00
INTERNAL REVENUE SERVICE UNSECURED        322.74                    .00              .00
ALLIANT CREDIT UNION     UNSECURED       1426.90                    .00              .00
ALLIANT CREDIT UNION     UNSECURED           .00                    .00              .00
ALLIANT CREDIT UNION     UNSECURED           .00                    .00              .00
ECAST SETTLEMENT CORP    SECURED NOT I   300.00                     .00              .00
SELECT LEGAL PC          DEBTOR ATTY   2,000.00                                 1,729.16
TOM VAUGHN               TRUSTEE                                                  693.50
DEBTOR REFUND            REFUND                                                      .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 10,135.00

PRIORITY                                                 .00
SECURED                                             5,135.41
    INTEREST                                        2,576.93
UNSECURED                                                .00
ADMINISTRATIVE                                      1,729.16
TRUSTEE COMPENSATION                                  693.50
DEBTOR REFUND                                            .00
                         ---------------         ---------------
TOTALS                  10,135.00                  10,135.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE